BERNARD MUFSON and SOL MUFSON, Doing Business under the Name and Style of WHITE STAR BEVERAGE Co., Respondents, v. MAX KLONSKY, as Treasurer of Mineral Water Workers' Union, Local 311, Affiliated with the International Brewery Workers' Union and UNITED HEBREW TRADES, and "MAX" WOLPERT, the Name "MAX" Being Fictitious, the Real First Name of Said Defendant Being Unknown to the Plaintiffs, Appellants.— Action for permanent injunction. On argument, order granting motion for an injunction *pendente lite* affirmed, without costs, on condition that plaintiffs, with the consent of the justice presiding at Special Term for Trials, Part III, Kings County, proceed to trial on Monday, January 13, 1941. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

### (January 13, 1941.)

JOHN BATIUCHOK, Appellant, v. JOSEPH PONZINI, Doing Business under the Firm Name and Style of LAWRENCE SUPER SERVICE STATION, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

NAJIB G. BEDER, Respondent, v. RASHID G. BEDER, Appellant.— Motion to resettle order denied, without costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

EDWIN K. BERTINE and Others, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Another, Respondents, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

STEPHEN CALLAGHAN, Respondent, v. GEORGE W. ROGERS and WILLIAM LA VARRE, Respondents, and CECIL B. RUSKAY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

FRANK B. DESZ and Another, Respondents, v. THE LINCOLN SAVINGS BANK OF BROOKLYN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, v. THEODORE LEGUM, Respondent; DORA SCHLOSSBERG, Intervenor, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

MAX HALPERN, Respondent, v. HARRY WITTMAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.